FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD KARR,<br>Plaintiff,<br>v.<br>STEVE SAUNDERS, an individual, and LAKE DRIVE MOTEL,<br>Defendants. | No. 2:26-CV-0050-SAB<br><br>**ORDER DISMISSING COMPLAINT** |

On January 19, 2026, Plaintiff filed a Complaint in the Eastern District of Washington. ECF No. 1. According to the Complaint, it appears that Plaintiff lives in Missoula, Montana. He is bringing suit against Steve Saunders and the Lake Drive Motel, which is located in Coeur d'Alene, Idaho.

The allegations in the Complaint appear to stem from a dispute about rent paid for a room at the motel, as well as the conditions of the room. It is clear the Eastern District of Washington is not the proper venue and this Court does not have jurisdiction over an action between a citizen of Montana and a citizen of Idaho. *See* 28 U.S.C. § 1391. As such, the Court will dismiss the action with prejudice.

//

//

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Complaint, ECF No. 1, is **DISMISSED,** with prejudice.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide a copy to Plaintiff, and **close** the file.

**DATED** this 11th day of September 2026.

Stan Bastian
Chief United States District Judge